

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WBO SPO I, LLC, WBO SPO II, LLC, and ALBERT ADEL SHEHATA, | § | No. 08-23-00217-CV |
| | § | Appeal from the |
| Appellants, | § | 109th Judicial District Court |
| v. | § | of Andrews County, Texas |
| UNITED HOTELS, LLC and GHADA GLAESSNER, | § | (TC# 21,913) |
| Appellees. | | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

On September 15, 2023, the Clerk of this Court sent Albert Adel Shehata a letter requesting payment of the required $205.00 filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Shehata that, pursuant to Texas Rule of Appellate Procedure 42.3, failure to pay the filing fee within 20 days could result in dismissal of the appeal for want of prosecution or failure to comply with the Clerk's notice requiring a response or action within a specified time. *See* Tex. R. App. P. 42.3(b), (c).

As of this date, which is more than 20 days after the date of the notice, Shehata has not paid the filing fee or otherwise shown he is excused from paying the required fee. Accordingly, we dismiss appellant Shehata from this appeal. *See* TEX. R. APP. P. 5, 43.3(c). Appellants WBO SPO I, LLC and WBO SPO II, LLC remain parties to this appeal.


YVONNE T. RODRIGUEZ, Chief Justice

October 12, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.